| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Blade Global Corporation** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1783719** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**67 E. Evelyn Ave, Ste 7**<br>**Mountain View, CA 94041**<br>Number, Street, City, State & ZIP Code<br><br>**Santa Clara**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**\*\* See Attachment to Petition**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**5182**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

| Debtor | **Blade SAS** | Relationship | **Parent Company** |
|---|---|---|---|
| District | **France** | When **3/01/21** | Case number, if known **Unknown** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____  
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____  
    Contact name _____  
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**March 1, 2021**
　　　　　　　　MM / DD / YYYY

**X /s/ Perry Michael Fischer**　　　　　　　　　　**Perry Michael Fischer**
Signature of authorized representative of debtor　　　Printed name

Title　**Sole Director**

**18. Signature of attorney**

**X /s/ Robert G. Harris**　　　　　　　　　　　　Date **March 1, 2021**
Signature of attorney for debtor　　　　　　　　　　　　MM / DD / YYYY

**Robert G. Harris #124678**
Printed name

**Binder & Malter, LLP**
Firm name

**2775 Park Avenue**
**Santa Clara, CA 95050**
Number, Street, City, State & ZIP Code

Contact phone  **(408) 295-1700**　　Email address  **rob@bindermalter.com**

**#124678 CA**
Bar number and State

# Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy

## No. 4 - Location of principal assets, if different from principal place of business

EQUINIX SV2 c/o Blade
1350 Duane Ave
Santa Clara    CA    95054

BLADE c/o Digital Reality
365 Main St
San Francisco    CA    94105

Blade c/o INAP
1221 Coit Rd.
Plano    TX    75075

BLADE GROUP c/o EQUINIX NY1
105 Enterprise Avenue South
Secaucus    NJ    07094

BLADE c/o QTS
2800 South Ashland Ave
Chicago    IL    60608

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Blade Global Corporation** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **2CRSI SAS**<br>32 rue Jacobi-Netter<br>STRASBOURG,<br>67200 | | | | | | $2,851,077.77 |
| **Equinix, Inc.**<br>4252 Solutions Center<br>Chicago, IL 60640-0200 | | | **Disputed** | | | $1,061,219.95 |
| **Bank Leumi USA**<br>2000 University Ave., Ste 605<br>Palo Alto, CA 94303 | | **PPP Loan** | | | | $456,887.00 |
| **Texas Comptroller of Public Accounts**<br>P.O. Box 13528, Capitol Station<br>Austin, TX 78711-3528 | | **2019 Use Tax** | | | | $376,129.00 |
| **Internap Corporation**<br>Dept 0526<br>PO BOX 120526<br>Dallas, TX 75312-0526 | | **Trade Debt** | | | | $344,155.96 |
| **Quality Technology Services**<br>PO BOX 74563<br>Cleveland, OH 44194-4563 | | **Trade Debt** | | | | $339,285.28 |
| **Juniper Networks, Inc.**<br>Attention: Doyle Brad Minnis, CEO<br>1333 Innovation Way<br>Sunnyvale, CA 94089 | | | | $283,638.01 | $0.00 | $283,638.01 |

| Debtor | Blade Global Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **2crsi Corporation**<br>440 N. Wolfe Rd.<br>Sunnyvale, CA 94085 | | | | | | **$269,187.91** |
| **Comcast, Inc.**<br>Atten: Brian L Roberts, CEO<br>1701 John F. Kennedy Blvd.<br>Philadelphia, PA 19103 | | | | | | **$208,384.22** |
| **Ca Dept. of Tax & Fee Administration**<br>Account Information Group, MIC: 29<br>PO BOX 942879<br>Sacramento, CA 94279-0029 | | **2019 CA Use Tax** | | | | **$141,983.00** |
| **NJ Division of Taxation**<br>Bankruptcy Section<br>PO BOX 245<br>Trenton, NJ 08695-0245 | | **2019 Use Tax** | | | | **$120,601.00** |
| **Zayo Group, LLC**<br>1821 30th Street, Unit A<br>Boulder, CO 80301 | | **Trade Debt** | | | | **$108,242.97** |
| **ILLINOIS DEPARTMENT OF REVENUE**<br>PO BOX 19034<br>Springfield, IL 62794-9084 | | **2019 Use Tax** | | | | **$101,000.00** |
| **Dell Marketing, LP**<br>One Dell Way<br>Round Rock, TX 78682 | | **Trade Debt** | | | | **$58,235.36** |
| **Penn, Schoen & Berland Associates, LLC**<br>1110 Vermont Ave. NW #1200<br>Washington, DC 20005 | | **Trade Debt** | | | | **$51,187.50** |
| **DKC News**<br>261 Fifth Ave., 2nd Floor<br>New York, NY 10016 | | **Trade Debt** | | | | **$37,665.00** |

| Debtor | Blade Global Corporation | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Quality Technology Services Utility PO BOX 74563 Cleveland, OH 44194-4563** | | **Trade Debt** | | | | **$33,491.20** |
| **BSO Network Inc 101 Hudson Street, 21st Fl. Jersey City, NJ 07302** | | **Trade Debt** | | | | **$23,782.92** |
| **Eakins Properties 5909 Ross Street Oakland, CA 94618** | | **Lease for property located at: 67 E. Evelyn Ave. Suite 7 Mountain View CA** | | | | **$19,390.00** |
| **Aon Consulting, Inc P.O. Box 100137 Pasadena, CA 91189-0137** | | **Trade Debt** | | | | **$11,650.00** |

2crsi Corporation
440 N. Wolfe Rd.
Sunnyvale, CA 94085


2crsi Corporation
894 Faulstich Ct., Ste B
San Jose, CA 95112


2crsi Corporation
185 Alewife Brook Parkway, Suite 210
Cambridge, MA 02138


2CRSI SAS
32 rue Jacobi-Netter
STRASBOURG,  67200


Anthem Blue Cross
PO BOX 60007
Los Angeles, CA 90060-0070


Aon Consulting, Inc
P.O. Box 100137
Pasadena, CA 91189-0137


AWIN, Inc.
8 Market Place
Suite 500
Baltimore, MD 21202


Bank Leumi USA
2000 University Ave., Ste 605
Palo Alto, CA 94303

Blade SAS
152 rue Saint Denis
75002 Paris France


BSO Network Inc
101 Hudson Street, 21st Fl.
Jersey City, NJ 07302


Ca Dept. of Tax & Fee Administration
Account Information Group, MIC: 29
PO BOX 942879
Sacramento, CA 94279-0029


Colo-ressources
4900 Hopyard Rd. Ste 100
Pleasanton, CA 94588


Comcast, Inc.
Atten: Brian L Roberts, CEO
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103


CT Corporation System  (C2268677)
Atten: Agent for Service of Process
818 West Seventh Street, 2nd Floor
Suite 930
Los Angeles, CA 90017


CT Corporation System  (C2503388)
Atten: Agent for Service of Process
818 West Seventh Street, 2nd Floor
Suite 930
Los Angeles, CA 90017


CT Corporation System (20110280347)
Atten: Agent for Service of Process
818 West Seventh Street, 2nd Floor
Suite 930
Los Angeles, CA 90017

```
Dell Marketing, LP
One Dell Way
Round Rock, TX 78682



Digital Realty
2323 Bryan Street, Suite 1800
Attention: Lease Administration
Dallas, TX 75201



DKC News
261 Fifth Ave., 2nd Floor
New York, NY 10016



Eakins Properties
5909 Ross Street
Oakland, CA 94618



Equinix, Inc.
4252 Solutions Center
Chicago, IL 60640-0200



Escalate PR, LLC
103 Cortland Land
Boxborough, MA 01719



Evotech
6150 Lusk Blvd., Suite B204
San Diego, CA 92121



Fast Blue Communication, Inc.
800 S. El Camino Real
San Clemente, CA 92672-4274
```

```
FS.com, Inc.
380 Centerpoint Blvd.
New Castle, DE 19720




Great West Trust
8515 E. Orchard Rd.
Greenwood Village, CO 80111-5002




Hopkins Carley
70th South First St.
San Jose, CA 95113




Hyunmin Kim
6-6, Ansan-gil 32 bun-gil
Yangpyeong-eup
Yangpyeong-gun, Gyeonggi-do 12545




ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19034
Springfield, IL 62794-9084




Internap Corporation
Dept 0526
PO BOX 120526
Dallas, TX 75312-0526




Internap Corporation
12120 Sunset Hills Rd., Suite 330
Reston, VA 20190




Iowa Department of Revenue
Hoover State Office Building - 4th Floor
1305 E. Walnut
Des Moines, IA 50319
```

Juniper Networks, Inc.
Attention: Doyle Brad Minnis, CEO
1333 Innovation Way
Sunnyvale, CA 94089


Kaiser Permanente
1 Kaiser Plz
Oakland, CA 94661-2000


Kentik Technologies, Inc.
625 2nd St., Ste 100
San Francisco, CA 94107


NJ Division of Taxation
Bankruptcy Section
PO BOX 245
Trenton, NJ 08695-0245


Ohio Department of Taxation
PO BOX 16560
Columbus, OH 43216-6560


OXO Translation
2401-3500 Boul de Maisonneuve O
Westmount, QC


PA DEPARTMENT OF REVENUE
PO BOX 280704
Harrisburg, PA 17128


Penn, Schoen & Berland Associates, LLC
1110 Vermont Ave. NW #1200
Washington, DC 20005

Principal Financial Group
711 High St.
Des Moines, IA 50392


Quality Technology Services
PO BOX 74563
Cleveland, OH 44194-4563


Quality Technology Services Utility
PO BOX 74563
Cleveland, OH 44194-4563


Rippling
315 Montgomery St.
San Francisco, CA 94104


San Francisco Metropolitan Internet Exch
PO OX 8243
Emeryville, CA 94662


Tennessee Department of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Divison
PO BOX 20207
Nashville, TN 37202-0207


Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528


Tripactions, Inc.
409 Sherman Ave.
Palo Alto, CA 94306-1827

```
UBS Financial Services
1000 Harbor Blvd., 6th Floor
Weehawken, NJ 07086-6761


Ukie
18a Lower Ground Floor
Black Bull Yard, 24-28 Hatton Wall
Holbord, London EC1N 8JH, United Kingdom


Zayo Group
1550 Larimer St. #635
Denver, CO 80202


Zayo Group, LLC
1821 30th Street, Unit A
Boulder, CO 80301
```

# United States Bankruptcy Court
## Northern District of California

In re __Blade Global Corporation__  
Debtor(s)

Case No.  
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Blade Global Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Blade SAS**  
**152 rue Saint Denis**  
**75002 Paris France**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 1, 2021** | **/s/ Robert G. Harris** |
| Date | **Robert G. Harris #124678** |
| | Signature of Attorney or Litigant |
| | Counsel for __Blade Global Corporation__ |
| | **Binder & Malter, LLP** |
| | **2775 Park Avenue** |
| | **Santa Clara, CA 95050** |
| | **(408) 295-1700 Fax:(408) 295-1531** |
| | **rob@bindermalter.com** |