Heinz Binder, Esq. (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy Watrous Smith (SBN 133887)
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com

Attorneys for Blade Global Corporation

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| In re:<br><br>BLADE GLOBAL CORPORATION,<br><br>Debtor. | Case No. 21-50275-MEH<br><br>Chapter 11<br><br>Date: April 28, 2021<br>Time: 2:00 p.m.<br>Judge: Honorable M. Elaine Hammond<br>Place: Via tele/video conference |
|---|---|

### NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT AND CURE AMOUNTS WITH RESPECT TO THE EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTOR

**PLEASE TAKE NOTICE** that on March 1, 2021 (the "Petition Date") debtor and debtor in possession Blade Global Corporation (the "Debtor") filed a petition with the United States Bankruptcy Court for the Northern District of California (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that the Debtor may seek to assume and assign certain of their executory contracts and unexpired leases in connection with (a) a potential sale (the "Sale") of all or substantially all of their assets (collectively, the "Assets"), or some subset(s) thereof.

**PLEASE TAKE FURTHER NOTICE** that by order dated April 9, 2021 (the "Bidding Procedures Order"), a copy of which is served and filed herewith, the Court approved certain

NOTICE 1

procedures, including those relating to the assumption or assumption and assignment of certain executory contracts or unexpired leases and the evaluation of the cure costs relating thereto.

**PLEASE TAKE FURTHER NOTICE** that the presence of a Contract on this Assumption and Assignment Notice does not constitute an admission that such Contract is an executory contract, and the Debtors reserve all rights, claims, defenses and causes of action with respect to all Contracts listed herein.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has determined the current amounts owing (the "Cure Amounts") under each Contract and have listed the applicable Cure Amounts on Exhibit A attached hereto. The Cure Amounts are the only amounts proposed to be paid upon any assumption or assumption and assignment of the Contracts, in full satisfaction of all amounts outstanding under such Contracts.

**PLEASE TAKE FURTHER NOTICE** an auction (the "Auction") for the Assets, including the Contracts, will be conducted on April 28, 2021 at 2:00 p.m. **(prevailing Pacific Time)** via teleconference and/or videoconference as determined by the Debtor. As soon as reasonably practicable after the Auction, the Debtor will file and serve a notice that identifies the Successful Bidder for the Assets.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Stalking Horse Agreement (or any Asset Purchase Agreement that the Debtor may enter into with the Successful Bidder), the Debtor may seek to assume and assign one or more of the Contracts to the Stalking Horse Bidder, or other Successful Bidder, as the case may be, subject to approval at the April 28, 2021 hearing before the Court.

**PLEASE TAKE FURTHER NOTICE** that any objection to (i) the proposed assumption, assignment, or potential designation of such party's Contract, (ii) the applicable Cure Amount, or (iii) the provision of adequate assurance of future performance (a "Contract Objection") must be: (i) be in writing; (ii) comply with the Bankruptcy Rules and the Bankruptcy Local Rules; (iii) be filed with the Clerk of the United States Bankruptcy Court for the Northern District of California, together with proof of service, **on or before 4:00 p.m. (prevailing Pacific Time) on April 24, 2021** (as may be extended under certain circumstances, as described below, the "Contract Objection Deadline"); (iv) be

NOTICE 2

served, so as to be actually received on or before the Contract Objection Deadline, upon the Objection Notice Parties (as defined herein); and (v) state with specificity the grounds for such objection, including, without limitation, the fully liquidated cure amount and the legal and factual bases for any unliquidated cure amount that the Counterparty believes is required to be paid under section 365(b)(1)(A) and (B) of the Bankruptcy Code for the Contract, along with the specific nature and dates of any alleged defaults, the pecuniary losses, if any, resulting therefrom, and the conditions giving rise thereto. The "Objection Notice Parties" are as follows: (i) the Debtor Blade Global Corporation 67 E. Evelyn Avenue, Ste 7 Mountain View, CA 940041, Attention: Perry Michael Fischer, Email: mike.fischer@blade-group.com;(ii) counsel to the Debtor, Robert G. Harris (iii) United States Department of Justice the Office of the U.S. Trustee Region 17, Attn: Jorge Gaitan, Esq., 501 I Street, Suite 7-500, Sacramento, CA 95814, Phone: (202) 573-6965 Email: jorge.a.gaitan@usdoj.gov); and (iv) counsel to the Successful Bidder at the address provided in the applicable Purchase Agreement (collectively, the "Contract Objection Notice Parties").

**PLEASE TAKE FURTHER NOTICE THAT PRIOR TO THE DATE OF THE CLOSING OF THE TRANSACTIONS CONTEMPLATED BY THE STALKING HORSE AGREEMENT (THE "CLOSING DATE"), THE DEBTOR MAY AMEND ITS DECISION WITH RESPECT TO THE ASSUMPTION OR ASSUMPTION AND ASSIGNMENT OF ANY CONTRACT, INCLUDING AMENDING THE CURE AMOUNT, AND PROVIDE A NEW NOTICE AMENDING THE INFORMATION PROVIDED IN THIS NOTICE, INCLUDING, WITHOUT LIMITATION, A DETERMINATION NOT TO ASSUME CERTAIN CONTRACTS.**

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTION IS TIMELY RECEIVED WITH RESPECT TO THE NOTICED CURE AMOUNT, (I) ANY NON-DEBTOR PARTY TO A CONTRACT SHALL BE FOREVER BARRED FROM OBJECTING TO THE CURE AMOUNT AND FROM ASSERTING ANY ADDITIONAL CURE OR OTHER AMOUNTS WITH RESPECT TO SUCH CONTRACT; (II) THE CURE AMOUNT SET FORTH ON EXHIBIT A ATTACHED HERETO SHALL BE CONTROLLING, NOTWITHSTANDING ANYTHING TO THE CONTRARY IN ANY CONTRACT, OR ANY**

OTHER DOCUMENT, AND THE NON-DEBTOR PARTY TO A CONTRACT SHALL BE DEEMED TO HAVE CONSENTED TO THE CURE AMOUNT; AND (III) THE NON-DEBTOR PARTY TO A CONTRACT SHALL BE FOREVER BARRED AND ESTOPPED FROM ASSERTING ANY OTHER CLAIMS RELATED TO SUCH CONTRACT AGAINST THE DEBTOR OR THE APPLICABLE TRANSFEREE, OR THE PROPERTY OF ANY OF THEM.

**PLEASE TAKE FURTHER NOTICE THAT IF NO TIMELY OBJECTION IS RECEIVED WITH RESPECT TO THE ASSUMPTION AND ASSIGNMENT OF A CONTRACT TO THE STALKING HORSE BIDDER OR OTHER SUCCESSFUL BIDDER, INCLUDING WITH RESPECT TO THE PROVISION OF ADEQUATE ASSURANCE OF FUTURE PERFORMANCE, ANY NON-DEBTOR PARTY TO SUCH CONTRACT SHALL BE DEEMED TO HAVE CONSENTED TO THE ASSUMPTION, ASSIGNMENT, AND/OR TRANSFER OF THE APPLICABLE CONTRACT TO THE STALKING HORSE BIDDER OR OTHER SUCCESSFUL BIDDER, AND SHALL BE FOREVER BARRED FROM OBJECTING TO THE ASSUMPTION AND ASSIGNMENT OF SUCH CONTRACT ON ANY BASIS.**

**PLEASE TAKE FURTHER NOTICE** that on the Closing Date, or as soon thereafter as is reasonably practicable, the Debtor will pay the Cure Amounts as set forth on Exhibit A hereto (or as later amended, as described below) with respect to the Contracts.

Dated: April 9, 2021                    BINDER & MALTER, LLP

By: /s/ *Robert G. Harris*
      Robert G. Harris

Attorneys for Debtor and Debtor in possession Blade Global Corporation

**EXHIBIT A
CURE AMOUNTS**

| Non-Debtor Party or Parties | Contract Purpose | Estimated Cure Amount ($)[1] |
|---|---|---|
| BSO | Equipment leasing | 23,783 |
| Dell Marketing LP | Hardware | 58,235 |
| Stripe | Payment services provider | 0 |
| Chilipiper | Meeting tool for customer operation | 0 |
| GIT-ZEN | Integration between Git and Zendesk | 0 |
| Qualitista | Quality tool for support | 0 |
| Octobat | Customer billing system | 0 |
| Kvb Partners, Inc. | Legal, accounting & Audit | 9,338.75 |
| Intuit Inc. | QuickBooks accountability software | 0 |
| Notion | Software | 0 |
| Mail Chimp | Software for Email campaigns | 0 |
| Shutterstock | Image content for marketing campaigns | 0 |
| Botengine AI | Software for Chatbot | 0 |
| TaxJar | Software for Sales tax calculation | 0 |
| Deputy.com | Time sheet for hourly employees | 0 |
| LinkedIn | Hiring software | 0 |
| Rippling | Payroll software | 0 |
| Radford | HR Benchmark tool | 0 |
| Blade SAS | Licence agreement | 0 |
| Kentik | Connectivity materials | 1,370.56 |
| Anthem Blue Cross | Health Insurance | 0 |
| Deputy.com | Time sheet for hourly employees | 0 |
| Empower | 401k Retirement plan holding company (employee portal) | 0 |
| Kaiser | Health Insurance | 0 |
| Lever | Applicant Tracking System (recrutement) | 0 |

---

[1] Estimated cure amount as at petition date

| | | |
|---|---|---|
| LinkedIn | Recruiter license & company page | 0 |
| Plan Design Consultants, Inc. | 401k compliance | 0 |
| Principal | Health Insurance | 0 |
| RICHARDS RODRIGUEZ SKE | Attorney on record for TX business permit | 0 |
| Rippling | SIRH US et IT software for ALL | 0 |
| UBS Financial Services | 401k broker | 5,000 |
| **Customer** | **Purpose** | **Estimated Cure Amount ($)** |
| Shadow customers | Access to Shadow Services | 0 |