Heinz Binder, Esq. (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy Watrous Smith (SBN 133887)
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com

Attorneys for Blade Global Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| In re:<br><br>BLADE GLOBAL CORPORATION,<br><br>Debtor. | Case No. 21-50275-MEH<br><br>Chapter 11<br><br>Date: May 3, 2021<br>Time: 10:30 a.m.<br>Judge: Honorable M. Elaine Hammond<br>Place: Via tele/video conference |
|---|---|

## CERTIFICATE OF SERVICE

I, Natalie D. Gonzalez, declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On April 16, 2021, I served a true and correct copy of the following document(s):

**CORRECTED[1] AMENDED AND SUPPLEMENTAL NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT AND CURE AMOUNTS WITH RESPECT TO THE EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTOR**

**By Electronic Transmission:** to be sent to the person(s) at the e-mail address(es) listed below and to those Parties who are CM/ECF participants registered to receive email notice/service for this case at the email addresses stated below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

---

[1] The correction made by this Notice is to clarify that the Contract Objection Deadline (defined below) as directed by the Bankruptcy Court is April 26, 2021, not April 28, 2021.

CERTIFICATE OF SERVICE                                                                                                       1

**By Mail.** By causing said document(s) to be placed in an envelope or package for collection and mailing, addressed to the person(s) at the address(es) listed in the service list, following our ordinary business practices, deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

**Office of the United States Trustee**
Jorge A. Gaitan
501 I St., #7500
Sacramento, CA 95814
Email: Jorge.A.Gaitan@usdoj.gov
*Via ECF/Email*
*Special Notice*

**Subchapter V Trustee**
Mark Sharf
6080 Center Drive, Suite 600
Los Angeles, CA 90045
Email: mark@sharflaw.com
*Via ECF/Email*

**Tennessee Dept of Revenue**
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207
*Via USPS*

William McCormick
Sr. Assistant Attorney General
P O BOX 20207
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
Nashville, TN 37202-0207
Email: bill.mccormick@ag.tn.gov
*Via ECF/Email*
*Special Notice*

**Attorneys for Secured Creditor Juniper Networks, Inc.**
BIALSON, BERGEN & SCHWAB,
a Professional Corporation
Lawrence M. Schwab, Esq.
Kenneth T. Law, Esq.
830 Menlo Ave,, Suite 201
Menlo Park, CA 94025
Email: Klaw@bbslaw.com
*Via ECF/Email*
*Special Notice*

**Office of the U. S. Trustee**
Marta Villacorta
280 South 1st Street, Suite 268
San Jose, CA 95113
Email: marta.villacorta@usdoj.gov
*Via ECF/Email*
*Special Notice*

**Responsible Individual**
Perry Michael Fischer
605 N. Guadalupe Ave., Unit B
Redondo Beach, CA 90277
Email: mike.fischer@blade-group.com
*Via Email*

**Attorneys for Comcast Cable Communications Management, LLC**
Ballard Spahr
Attn: Matthew G. Summers
300 East Lombard St., 18th Floor
Baltimore, MD  21202-3268
Email: summersm@ballardspahr.com
*Via Email*
*Special Notice*

Nahal Zarnighian, Esquire
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067
E-mail: zarnighiann@ballardspahr.com
*Via Email*
*Special Notice*

Stacy H. Rubin, Esquire
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
E-mail: rubins@ballardspahr.com
*Via ECF/Email*
*Special Notice*

**Attorneys for Creditor, Hopkins & Carley, ALC**
Monique D. Jewett-Brewster
HOPKINS & CARLEY, ALC
70 S First Street
San Jose, CA 95113
Email: mjb@hopkinscarley.com
*Via ECF/Email*
*Special Notice*

CERTIFICATE OF SERVICE 2

**Attorneys for Internap Holding, LLC**
SCHNADER HARRISON SEGAL & LEWIS, LLP
Attn: Bruce B. Kelson
650 California Street, 19th Floor
San Francisco, CA 94108
Email: bkelson@schnader.com
*Via ECF/Email*
*Special Notice*

**Non-Debtor Party Parties (All via USPS)**

| | |
|---|---|
| BSO Network, Inc.<br>C/O Steve McConnell<br>81 Castles Drive<br>Wayne, NJ 07470 | Dell Marketing, LP<br>One Dell Way<br>Round Rock TX 78682-0000 |
| Stripe, Inc.<br>510 Townsend St.<br>San Francisco CA 94103 | Chili Piper, Inc.<br>Atten: Nicolas Vandenberghe, CEO<br>309 Gold Street, Suite 28E<br>Brooklyn NY 11201 |
| GIT-ZEN<br>Acenerate LLC<br>9805 Statesville Road Suite 6118<br>Charlotte, NC 28269 | Octobat, Inc.<br>151 rue Montmartre<br>Paris, Ile-de-France<br>75002, France |
| Intuit Inc.<br>Atten : Sasan Goodarzi, CEO<br>5601 Headquarters Dr.<br>Plano, TX 75024 | Qualitista-Klaus<br>Vana-Louna tn 39/1-7<br>Tallinn, Estonia 10134 |
| MailChimp, LLC<br>Atten: Ben Chestnut, CEO<br>675 Ponce De Leon Ave NE #5000<br>Atlanta, GA 30308-1884 | KVB Partners, Inc.<br>60 Broad St., Ste. 100<br>San Francisco CA 94107-2050 |
| BotengineAI<br>Atten: Michael Ratzel<br>Hauptstraße 164<br>D-76872 Freckenfeld<br>Germany | Notion<br>Atten: Ivan Zhao, CEO<br>930 Alabama St,<br>San Francisco, CA 94110 |
| Deputy.com<br>Atten: Ashik Ahmed, CEO<br>3280 Peachtree Rd NE 7th Floor<br>Atlanta, GA 30305 | Shutterstock<br>Atten: Stan Pavlovsky, CEO<br>Empire State Building<br>350 5th Ave., 21st Floor<br>New York City, NY 10118 |
| TaxJar<br>Atten: Mark Faggiano, CEO<br>462 Washington Street #3066<br>Woburn, MA 01888 | Rippling<br>315 Montgomery St<br>San Francisco, CA 94104 |
| Blade SAS<br>151 rue Saint Denis<br>75002 Paris France | LinkedIn<br>Atten: Ryan Roslansky, CEO<br>1000 W Maude Ave<br>Sunnyvale, CA 94085 |

CERTIFICATE OF SERVICE 3

| | | |
|---|---|---|
| 1 | Anthem Blue Cross<br>P.O. Box 60007<br>Los Angeles, CA 90060-0007 | Radford: The Aon Centre<br>The Leadenhall Building<br>122 Leadenhall Street<br>London, England EC3V 4AN |
| | Kaiser Permanente<br>1 Kaiser Plz<br>Oakland, CA 94612 | Kentik<br>Atten: Alan Cohen<br>548 Market Street<br>PMB 78595<br>San Francisco, CA 94104 |
| | Plan Design Consultants, Inc.<br>Atten : James D. Carlson, CEO<br>1111 Triton Dr #201<br>Foster City, CA 94404 | Empower Retirement<br>PO Box 173764<br>Denver, CO 80217-3764 |
| | RICHARDS, RODRIGUEZ & SKEITH<br>816 Congress, Suite 1200<br>Austin, Texas 78701 | Lever<br>Atten : Aaron Levie, CEO<br>1125 Mission St.<br>San Francisco CA 94103 |
| | Principal<br>711 High St<br>Des Moines, IA | UBS Financial Services<br>Atten : Ralph A.J.G. Hamers, Group CEO<br>1000 Harbor Blvd. 3rd Floor<br>Weehawken, NJ 07086 |
| | APNIC<br>Asia Pacific Network Information Centre<br>6 Cordelia Street<br>OBOX 3646<br>South Brisbane<br>QLD 4101 Australia | Cogent<br>77 boulevard de la République<br>92257 La Garenne<br>Colombes cedex France |
| | INAP<br>Dept 0526<br>PO BOX 120526<br>Dallas, TX 75312-0526 | <u>*Quality Technology Services Utility*</u><br><u>*PO BOX 74563*</u><br><u>*Cleveland OH 44194-4563*</u> |
| | Comcast, Inc.<br>Atten: Brian L Roberts, CEO 1701 John F.<br>Kennedy Blvd. Philadelphia PA 19103-0000 | Kentik Technologies, Inc.<br>625 2nd St., Ste 100<br>San Francisco CA 94107-0000 |
| | Evotek, Inc.<br>6150 Lusk Blvd b204<br>San Diego, CA 92121 | Juniper Networks, Inc.<br>Attention: Doyle Brad Minnis, CEO<br>1333 Innovation Way<br>Sunnyvale CA 94089-0000 |
| | 2crsi Corporation<br>440 N. Wolfe Rd.<br>Sunnyvale CA 94085-0000 | 2CRSI SAS<br>32 rue Jacobi-Netter<br>STRASBOURG,  67200 |

CERTIFICATE OF SERVICE 4

| | |
|---|---|
| Telia Carrier France SAS<br>28 rue de Berri<br>FR-75008 Paris<br>France | NESEVO GMBH<br>Lochauer Str. 2, 6912 Gemeinde<br>Hörbranz, Austria |
| Telia Carrier AB, Headquarters<br>Stjärntorget 1<br>169 94 Solna<br>Sweden | Telia Carrier U.S. Inc.<br>265 Sunrise Hwy<br>Rockville Centre, NY 11570 |

- ***SEE ATTACHED SERVICE LIST OF 20 LARGEST UNSECURED CREDITORS SERVED VIA EMAIL***

Executed on April 16, 2021, at Santa Clara, California. I certify under penalty of perjury that the foregoing is true and correct.

/s/ *Natalie D. Gonzalez*
Natalie D. Gonzalez

CERTIFICATE OF SERVICE 5

Blade Global Corporation
Case no. 21-50275 MEH

## 20 LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| 2CRSI SAS | Atten: Estelle Schang<br>32 rue Jacobi-Netter<br>STRASBOURG, France 67200 | Email: mes@2crsi.com |
| Equinix, Inc. | Atten: Aleksei Zubkov<br>4252 Solutions Center<br>Chicago, IL 60640-0200 | Email: azubkov@equinix.com |
| Bank Leumi USA | Atten: Shimrit Segev<br>2000 University Ave., Ste 605<br>Palo Alto, CA 94303 | Email: paloaltoserviceanddelivery@leumiusa.com |
| Texas Comptroller of Public Accounts | P.O. Box 13528, Capitol Station<br>Austin, TX 78711-3528 | Email: judiciary@cpa.texas.gov |
| Internap Corporation | Atten: William Fields<br>Dept 0526<br>PO BOX 120526<br>Dallas, TX 75312-0526 | Email: wfields@inap.com |
| Quality Technology Services | Atten: Darwin Schultz<br>PO BOX 74563<br>Cleveland, OH 44194-4563 | Email: Darwin.Shultz@Qtsdatacenters.com |
| AWIN, Inc.<br>8 Market Place<br>Suite 500<br>Baltimore MD 21202-0000 | 8 Market Place<br>Suite 500<br>Baltimore MD 21202-0000 | Email: finance@awin.com |
| .<br>2crsi Corporation | 440 N. Wolfe Rd.<br>Sunnyvale, CA 94085 | Email: mes@2crsi.com |
| Ca Dept. of Tax & Fee Administration | Account Information Group, MIC: 29<br>PO BOX 942879<br>Sacramento, CA 94279-0029 | Email: contact@cdtfa.ca.gov |

| | | |
|---|---|---|
| NJ Division of Taxation | Bankruptcy Section<br>PO BOX 245<br>Trenton, NJ 08695-0245 | Email:judgments.taxation@treas.nj.gov |
| ILLINOIS DEPARTMENT OF REVENUE | PO BOX 19034<br>Springfield, IL 62794-9084 | Email: REV.TA-Sales@illinois.gov |
| Dell Marketing, LP | One Dell Way<br>Round Rock, TX 78682 | Email: Akhil_Bandaru@Dell.com |
| Penn, Schoen & Berland Associates, LLC<br>1110 Vermont Ave. NW #1200<br>Washington, DC 20005 | DKC News<br>261 Fifth Ave., 2nd Floor<br>New York, NY 10016 | Email: mbach@psbinsights.com |
| Quality Technology Services Utility | Atten: Darwin Schultz<br>PO BOX 74563<br>Cleveland, OH 44194-4563 | Email: Darwin.Shultz@Qtsdatacenters.com |
| BSO Network Inc | Atten: Thomas Lanaute<br>101 Hudson Street, 21st Fl.<br>Jersey City, NJ 07302 | Email: Thomas.LANAUTE@bso.co<br>Email: wilfried.joseph@bso.co<br>Email: amel.mellah@bso.co |
| Eakins Properties | 5909 Ross Street<br>Oakland, CA 94618 | Email: dan.eakins@gmail.com |
| Aon Consulting, Inc | P.O. Box 100137<br>Pasadena, CA 91189-0137 | Email: aon.invoice.a@aon.com |
| Comcast, Inc. | 1701 John F. Kennedy Blvd.<br>Philadelphia, PA 19103 | Email: Juliann_Forcum@cable.comcast.com |
| Zayo Group, LLC | 1821 30th Street, Unit A<br>Boulder, CO 80301 | Email: wesley.monte@zayo.com |