Entered on Docket
July 22, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| Heinz Binder (SBN 87908)<br>Robert G. Harris (SBN 124678)<br>Wendy Watrous Smith (SBN 133887)<br>Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>T : (408) 295-1700<br>F : (408) 295-1531<br>Email : Heinz@bindermalter.com<br>Email : Rob@bindermalter.com<br>Email: Wendy@bindermalter.com<br><br>Attorneys for Reorganized Debtor<br>Blade Global Corporation | The following constitutes the order of the Court.<br>Signed: July 22, 2022<br><br>*M. Elaine Hammond*<br>_____<br>**M. Elaine Hammond**<br>**U.S. Bankruptcy Judge** |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>BLADE GLOBAL CORPORATION,<br><br>Debtor. | Case No. 21-50275 MEH<br><br>Chapter 11<br><br>Date: July 21, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 11<br>        280 South First Street<br>        San Jose, California<br>        or Via Video Conference<br>Judge: Honorable M. Elaine Hammond |

<u>ORDER APPROVING COMPROMISE OF CONTROVERSY WITH EQUINIX</u>

The Motion to Approve Compromise of Controversy with Equinix (FRBP 9019; 11 U.S.C. §§105(a) and 363(b))(the "Motion") came on for hearing at the date, time and place set forth above. Robert G. Harris, Esq. of Binder & Malter, LLP appeared for Reorganized Debtor Blade Global Corporation (the "Debtor"). Other appearances were noted on the record. There having been no objections, and good cause appearing therefor, the Motion be and hereby is GRANTED.

IT IS THEREFORE ORDERED that

1. The settlement between the Debtor and Equinix set forth in the Motion be and hereby is approved as fair and equitable.

2. Approval of this settlement fulfills the condition to the Effective Date of Blade Global Corporation's Fourth Amended Plan Of Reorganization, Dated March 16, 2022 [Dkt. #306] in the compromise.

3. Pursuant to the settlement, *Blade Global Corporation v. Equinix, Inc. and Equinix, LLC*, A.P. No. 21-5058 is dismissed with prejudice. Each side shall bear its own costs.

APPROVED AS TO FORM:

Dated: July 21, 2021              SAUL EWING ARNSTEIN & LEHR LLP

By: /s/ Melissa A. Martinez
                Melissa A. Martinez
                Attorneys for Equinix, Inc.

***** END OF ORDER *****

ORDER APPROVING COMPROMISE OF CONTROVERSY WITH EQUINIX                    2